# Third District Court of Appeal

**State of Florida**

Opinion filed November 12, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0546

Lower Tribunal Nos. 05-6482, 05-4402C, 05-8370,
05-7562, 05-10346, 05-6483, 05-6478

_____

**Mauricio Obando,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Mauricio Obando, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.